1    **WO**

2                   IN THE UNITED STATES DISTRICT COURT

3                       FOR THE DISTRICT OF ARIZONA

4

5    United States of America,                )    CR-14-00838-PHX-SRB
                                              )
6                Plaintiff,                   )
                                              )    **ORDER OF DETENTION**
7    vs.                                      )
                                              )
8    Jesus Emilio Carrasco-Ramirez,           )
                                              )
9                Defendant.                   )
                                              )
10   _____)

11          Defendant appeared before this Court on a Petition for Revocation of Supervised

12   Release.  The issue of detention was submitted to the Court.  The Court considered the

13   Petition and file in determining whether defendant should be released on conditions set by

14   the Court.

15          The Court finds that defendant has failed to carry his burden of establishing that he

16   does not pose a serious flight risk pursuant to Rule 32.1(a)(6), Federal Rules of Criminal

17   Procedure.

18          The Court concludes, by a preponderance of the evidence, that defendant is a serious

19   flight risk and that there is no condition or combination of conditions that will reasonably

20   assure his appearance at future proceedings.

21          IT IS THEREFORE ORDERED that defendant be detained pending further

22   proceedings.

23   DATED this 25th day of February, 2016

24

25   _____

26                          Michelle H. Burns
                         United States Magistrate Judge

27

28